GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green
5214-F Diamond Heights Blvd., Suite 332
San Francisco, CA 94131-2175
Telephone: (415) 575-3235
Facsimile: (415) 648-7648

Attorney for Defendant HYEON JA PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00395-CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS AS TO DEFENDANT HYEON JA PARK |
| vs. | |
| HYEON JA PARK, et al., | |
| Defendants. | |

1. HYEON JA PARK has been released from custody while awaiting trial in the above-captioned matter subject to various conditions, including a $200,000 bond, which is secured with two properties owned by her son, Jang Wong Kim, located at 5093 Locklie Lane, Fairfield, CA 94533 and 3087 Puffin Circle, Fairfield, CA 94533.

2. The parties hereby stipulate and agree to modify the conditions of the pre-trial release as follows: the bond shall be modified so that the two properties belonging to Jang Wong Kim (5093 Locklie Lane, and 3087 Puffin Circle, both in Fairfield, CA) shall be released from any encumbrance and reconveyed to him. Jang Wong Kim shall remain on the bond as surety for

Hyeon Ja Park for a $200,000 unsecured bond. The defendant also agrees to sign as a surety on the unsecured $200,000 bond.

SO STIPULATED AND AGREED.

DATED: March 27, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
PETER AXELROD
Assistant United States Attorney

DATED: March 27, 2006

/s/
GERI LYNN GREEN
Attorney for Plaintiff
HYEON JA PARK

I, Jang Won Kim, stipulate and agree that I shall remain as a surety on a $200,000 bond subject to the same conditions agreed to in Court, except that the bond shall no longer be secured by my properties (5093 Locklie Lane, and 3087 Puffin Circle, both in Fairfield, CA). I shall remain as surety on an unsecured $200,000 bond.

JANG WON KIM
Surety

I, Hyeon Ja Park, stipulate and agree that I shall remain as a surety on a $200,000 bond subject to the same conditions agreed to in Court, except that the bond shall be unsecured.

HYEON JA PARK
Surety

STIP. AND [PROP.] ORDER
FOR MODIFICATION OF RELEASE
CONDITIONS FOR HYEON JA PARK, CR-05-00568-CRB

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

HYEON JA PARK's conditions of pre-trial release shall remain in effect as previously ordered, except as follows: The bond shall no longer be secured for $200,000 by the properties owned by Jang Won Kim and located at 5093 Locklie Lane, Fairfield, CA 94533 and 3087 Puffin Circle, Fairfield, CA 94533. Those properties shall be reconveyed to Jang Wong Kim. Both defendant HYEON JA PARK and Jang Won Kim shall remain as sureties on a $200,000 unsecured bond. All other release conditions shall remain in effect.

Dated: May 10, 2006



_____
ELIZ[ABETH D. LAPORTE]
Unite[d States Magistrate Judge]

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte