```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
3  PETER AXELROD
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6774
6      Facsimile: (415) 436-7234
7
   Attorneys for Plaintiff UNITED STATES OF AMERICA
8
   GERI LYNN GREEN, ESQ. (CSBN 127709)
9  Law Offices of Geri Lynn Green
   5214-F Diamond Heights Blvd., Suite 332
10 San Francisco, CA 94131-2175
   Telephone: (415) 575-3235
11 Facsimile:  (415) 648-7648
12 Attorney for Defendant HYEON JA PARK
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00395-CRB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER FOR MODIFICATION OF** |
| ) | **PRE-TRIAL RELEASE CONDITIONS** |
| HYEON JA PARK, et al., ) | **AS TO DEFENDANT HYEON JA PARK** |
| ) | **(TRAVEL)** |
| Defendants. ) | |
| _____ ) | |

    1.    HYEON JA PARK has been released from custody while awaiting trial in the above-captioned matter subject various conditions, one of which is that she not leave the the Northern District of California.

    2.    Pursuant to Local Rule 7-11, the parties stipulate and agree to the following modification of her bond.

    1.    That HYEON JA PARK be allowed to travel to Las Vegas, Nevada between December 7, 2006 and December 14, 2006 to visit her son who resides there.  This trip has been

STIP. AND [PROP.] ORDER
FOR MODIFICATION OF RELEASE
CONDITIONS FOR PARK, CR-05-00568-CRB

approved by Betty Kim the Pre-Trial Services officer in charge of Ms. PARK's case and supervision. Ms. Kim is in possession of the proposed itinerary and has approved the travel pending this court's order.

SO STIPULATED AND AGREED.

DATED: December 5, 2006

                                    Respectfully submitted,

                                    KEVIN V. RYAN
                                    United States Attorney

                                    ____/s/_____
                                    PETER AXELROD
                                    Assistant United States Attorney

DATED: December 5, 2006

                                    ____/s/_____
                                    GERI LYNN GREEN
                                    Attorney for Plaintiff
                                    HYEON JA PARK

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

HYEON JA PARK conditions of pre-trial release are hereby modified so that she is allowed to travel to Las Vegas, Nevada between December 7, 2006 and December 14, 2006, in accordance with the itinerary provided to Pre-Trial Services.

Dated: _December 7___, 2006

                                    The Honorable Charles R. Breyer
                                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*